

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

February 12, 2015

**VIA ECF**

Hon. Sarah Netburn
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re: *Best v. OHM/PHS Discharge Planning*, No. 13 Civ. 0163 (JPO)(SN)

Dear Magistrate Judge Netburn:

We represent Plaintiff Sean Best in the referenced matter. We write to request a second extension of Mr. Best's deadline to amend his complaint. The current deadline is February 13, 2015. Mr. Best respectfully requests that this deadline be extended to March 13, 2015.

Earlier today, we received several hundred pages of documents from Mr. Best regarding his claims. We wish to review these documents before filing Mr. Best's amended complaint. Because we received the documents today, we were not able to make this request 48 hours before the deadline. Defendant has consented to this request.

Respectfully submitted,

Siobhan Briley
Direct line: 212-660-3030
sbriley@sandw.com

{N0406732; 1}
BOSTON   LONDON   NEW YORK   WASHINGTON, DC