UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEAN BEST,

                               **Plaintiff,**                      13-CV-00163 (JPO)(SN)

                      -against-                        **AMENDED CIVIL CASE MANAGEMENT PLAN AND SCHEDUILNG ORDER**

OMH PHS DISCHARGE PLANNING – JOHN DOE et al.,

                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On May 13, 2015, the parties appeared before me for a discovery conference. After consultation with the parties and review of the Third Amended Complaint, the Civil Case Management Plan and Scheduling Order (ECF No. 54) and all amendments to it are amended as follows:

      **Fourth Amended Complaint.** The plaintiff shall file his Fourth Amended Complaint no later than May 29, 2015.

      **Discovery.** Fact discovery shall close on July 31, 2015.

      **Settlement Conference.** A settlement conference is scheduled for Monday, June 1, 2015, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at http://www.nysd.uscourts.gov/judge/Netburn. As further explained in my Procedures, all parties – not just the attorneys – must attend the settlement conference in person. The parties

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 5/14/2015]

are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letter, which is to be submitted by Monday, May 25, 2015. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         May 14, 2015