UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SEAN BEST,

                              Plaintiff,                  13-CV-00163 (JPO)(SN)

             -against-                  **AMENDED SETTLEMENT CONFERENCE ORDER**

OMH PHS DISCHARGE PLANNING – JOHN DOE
et al.,

                             Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On the joint request of the parties, the settlement conference previously scheduled for Monday, June 1, 2015, at 10:00 a.m. is hereby RESCHEDULED for Thursday, July 16, 2015 at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at http://www.nysd.uscourts.gov/judge/Netburn. As further explained in my Procedures, all parties – not just the attorneys – must attend the settlement conference in person. An Order to produce the plaintiff by telephone will be jointly issued by the Court. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the <u>Ex Parte</u> Settlement Letter, which is to be submitted by Thursday, July 9, 2015.

Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         May 27, 2015

2