UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEAN BEST,

                       **Plaintiff,**                                   13-CV-00163 (JPO)(SN)

           -against-                                      **AMENDED ORDER**

OMH PHS DISCHARGE PLANNING – JOHN DOE
et al.,

                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court's May 15, 2015 Order requesting that Sean Best, Inmate No. 09-A-1969, be produced on June 1, 2015 to a suitable location within Green Haven Correctional Facility for the purpose of participating by telephone in a conference with the Court is VACATED.

       IT IS HEREBY ORDERED that the Warden or other official in charge of the Green Haven Correctional Facility produce Sean Best, Inmate No. 09-A-1969, on July 16, 2015, no later than 10:00 a.m. to a suitable location within Green Haven Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court, plaintiff's and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should inform Chambers by calling Courtroom Deputy Joseph Mendieta at (212) 805-0286.

       Plaintiff's counsel must: (1) send this Order to the Warden immediately; (2) contact the Green Haven Correctional Facility to arrange the call and determine the telephone number at

which the plaintiff will be reachable at the above time and date; and (3) inform the Court of that number in advance of the July 16, 2015 conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
May 27, 2015

cc: Sean Best (*By Chambers*)
Green Haven Correctional Facility