UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SEAN BEST,

                    Plaintiff,

        -v-                                    13-CV-163 (JPO)

CITY OF NEW YORK, OMH/PHS, and            ORDER
CORIZON HEALTH SERVICES,

                    Defendants.

-----------------------------------------------------------X

J. PAUL OETKEN, District Judge:

       The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

       SO ORDERED.

Dated: July 17, 2015
       New York, New York

                                                                   J. PAUL OETKEN
                                                                United States District Judge