UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————— X
SEAN BEST,

         Plaintiff,

   -against-

OMH PHS DISCHARGE PLANNING –
JOHN DOE, et al.,

         Defendants.

——————————————————————— X

VOUCHER NO. 1

13 Civ. 00163 (JPO)(SN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 22 2015

## APPLICATION FOR REIMBURSEMENT FROM *PRO BONO* FUND

Client's Name: **Sean Best**

*Pro Bono* Attorney: **Siobhan Briley**  S.D.N.Y. Bar Code: **3046**

Law firm: **Sullivan & Worcester LLP**
     **1633 Broadway**
     **New York, NY 10019**
     **(212) 660-3000**

Stipulation and Order of Settlement and Dismissal entered on **September 21, 2015.**

  Siobhan Briley, having submitted the attached claims for reimbursement and supporting documentation, requests reimbursement for the following:

| | | | |
|---|---|---|---|
| 1. | Photocopies, telephone, and administrative costs: | $ | 221.50 |
| 2. | Research Service Bureau: | $ | 166.10 |
| 3. | Research (Westlaw): | | $3,005.86 |
| 4. | Total: | | **$3,393.46** |

## DECLARATION

I declare under penalty of perjury that the foregoing expenses were necessarily incurred in this action and that the services for which the fees have been requested were actually and necessarily performed. I further declare that I undertook the case as requested by the Court pursuant to 28 U.S.C. § 1915(c). I have not made a previous application to the *Pro Bono* Fund for reimbursement in this case.

_____
Siobhan Briley

Date: October 6, 2015

Approved for payment in the amount of: __3,393.46__

_____
District Judge

Date: 10-9-15

Approved for payment in the amount of: $3393.46.

_____
Chief Judge

Date: 10/21/15

**TOTAL APPROVED PAYMENT:** _____.